UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MATTHEW THOMAS FOX, JR., <br><br> Plaintiff, <br><br> v. <br><br> GALAPRIN, WARDEN, NURSING STAFF, <br><br> Defendants. | CAUSE NO. 1:23-CV-168-HAB-SLC |

OPINION AND ORDER

Matthew Thomas Fox, Jr., a prisoner without a lawyer, filed a vague complaint against three defendants. ECF 1. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quotation marks and citations omitted). Nevertheless, under 28 U.S.C. § 1915A, the court must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

Fox alleges he was denied proper medical treatment for two fingers on his left hand following an injury he sustained on March 5, 2022. Though he says these events occurred "while being arrested, and while being confined," he does not raise any claims related to his arrest – only claims related to his medical treatment at the jail. It appears his claim arose only after he was confined. It is likely Fox was a pretrial detainee when

he entered the jail, but it is unclear if he has been convicted and sentenced, and if so, when.

It is unclear what treatment he received after being housed at the jail, when, and by whom. It is unclear when he believes he was denied proper medical treatment, how, or by whom. He also says he is being denied prescription medication, but it is unclear what medication, when it was denied, and by whom. The complaint does not identify the names of anyone in the body of the complaint.

This complaint does not state a claim for which relief can be granted. If he believes he can state a claim based on (and consistent with) the events described in this complaint, Fox may file an amended complaint because "[t]he usual standard in civil cases is to allow defective pleadings to be corrected, especially in early stages, at least where amendment would not be futile." *Abu-Shawish v. United States*, 898 F.3d 726, 738 (7th Cir. 2018). To file an amended complaint, he needs to write this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available from his law library. He needs to write the word "Amended" on the first page above the title "Prisoner Complaint" and send it to the court after he properly completes the form.

For these reasons, the court:

(1) GRANTS Matthew Thomas Fox, Jr., until **May 25, 2023**, to file an amended complaint; and

(2) CAUTIONS Matthew Thomas Fox, Jr., if he does not respond by the deadline, this case will be dismissed under 28 U.S.C. § 1915A without further notice because the current complaint does not state a claim for which relief can be granted.

2

SO ORDERED on April 20, 2023.

                                                s/Holly A. Brady
                                                JUDGE HOLLY A. BRADY
                                                UNITED STATES DISTRICT COURT